Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of table lighters similar in all material respects to those the subject of Abstract 59275, the claim of the plaintiff was sustained.

**No. 62231.**—John A. Steer Company *v.* United States, protests 313775–K and 313777–K (Philadelphia).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the merchandise entered, or withdrawn from warehouse for consumption, prior to September 10, 1955, was held dutiable at 25 percent under paragraph 1537 (b) and that entered, or withdrawn for consumption, on or after September 10, 1955, was held dutiable at 12½ percent under said paragraph, as modified, *supra*, as claimed.

**No. 62232.**—John A. Steer Company *v.* United States, protests 313776–K, 316215–K, and 316970–K (Philadelphia).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the claim of the plaintiff was sustained.

**No. 62233.**—Applicator Enterprises, Inc. *v.* United States, protest 325283–K (New York).